# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **REMBRANDT TECHNOLOGIES, LP** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:05-CV-443-TJW |
| | ) |
| **COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST OF PLANO, LP,** | ) |
| | ) |
|     **Defendants** | ) |

| | |
|---|---|
| **REMBRANDT TECHNOLOGIES, LP** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:06-CV-506-TJW |
| | ) |
| **COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST OF PLANO, LP,** | ) |
| | ) |
|     **Defendants** | ) |

| | |
|---|---|
| **REMBRANDT TECHNOLOGIES, LP** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:06-CV-047-TJW |
| | ) |
| **SHARP CORPORATION and SHARP ELECTRONICS CORP.** | ) |
| | ) |
|     **Defendants** | ) |

| | |
|---|---|
| **REMBRANDT TECHNOLOGIES, LP** )<br>     )<br>     **Plaintiff,** )<br>     )<br>**v.** ) **Case No. 2:06-CV-369-TJW**<br>     )<br>**TIME WARNER CABLE, INC.** )<br>     )<br>     **Defendant** )<br>_____ ) | |

| | |
|---|---|
| **REMBRANDT TECHNOLOGIES, LP** )<br>     )<br>     **Plaintiff,** )<br>     )<br>**v.** ) **Case No. 2:06-CV-224-TJW**<br>     )<br>**TIME WARNER CABLE, INC.** )<br>     )<br>     **Defendant** )<br>_____ ) | |

| | |
|---|---|
| **REMBRANDT TECHNOLOGIES, LP** )<br>     )<br>     **Plaintiff,** )<br>     )<br>**v.** ) **Case No. 2:06-CV-507-TJW**<br>     )<br>**CHARTER COMMUNICATIONS, INC.,** )<br>**CHARTER COMMUNICATIONS** )<br>**OPERATING, LLC, COXCOM,** )<br>**INC., CSC HOLDINGS, INC., and** )<br>**CABLEVISION** )<br>**SYSTEMS CORPORATION** )<br>     )<br>     **Defendants** )<br>_____ ) | |

| | |
|---|---|
| **REMBRANDT TECHNOLOGIES, LP** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 2:06-CV-223-TJW** |
| | ) |
| **CHARTER COMMUNICATIONS, INC., CHARTER COMMUNICATIONS OPERATING, LLC, COXCOM, INC., CSC HOLDINGS, INC., and CABLEVISION SYSTEMS CORPORATION** | ) ) ) ) ) ) |
| | ) |
|     **Defendants** | ) |
| | ) |

### NOTICE OF FILING MOTION FOR TRANSFER AND CONSOLIDATION OF REMRBANDT TECHNOLOGIES, LP PATENT LITIGATION PURSUANT TO 28 U.S.C. § 1407

PLEASE TAKE NOTICE that, pursuant to J.P.M.L. Rule 5.2(b), on March 9th, 2007, CoxCom, Inc. filed its Motion for Transfer and Consolidation of the Rembrandt Technologies, LP Patent Litigation Pursuant to 28 U.S.C. § 1407 with the Judicial Panel on Multidistrict Litigation in Washington, D.C.  CoxCom, Inc. is a named defendant in both *Rembrandt Technologies, LP v. Charter Communications, Inc., et. al.*; Civil Action No. 2:06-CV-507, and *Rembrandt Technologies, LP v. Charter Communications, Inc., et. al.*; Civil Action No. 2:06-CV-223, both pending before Judge T. John Ward in the Eastern District of Texas.  Enclosed with this Notice are copies of the motion for transfer and consolidation and all documents in support thereof.

US2000 9828424.1

Dated: March 9th, 2006.

|  |  |
|---|---|
| KILPATRICK STOCKTON<br>1100 Peachtree Street<br>Suite 2800<br>Atlanta, Georgia 30309<br>(404) 815-6500<br>(404) 815-6555 (facsimile)<br>Mstockwell@kilpatrickstockton.com<br>Sgriffin@kilpatrickstockton.com | Respectfully Submitted<br><br>_Mitchell G. Stockwell_<br>Mitchell G. Stockton<br>R. Scott Griffin |

Tonya R. Deem
KILPATRICK STOCKTON
1001 West Fourth Street
Winston-Salem, NC 27101-2400
(336) 607-7300
(336) 607-7500 (facsimile)
tdeem@kilpatrickstockton.com

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
PO Box 359
Tyler, Texas  75710
Telephone:  903-597-8311
Facsimile:  903-593-0846

**ATTORNEYS FOR COXCOM, INC**.

## **CERTIFICATE OF SERVICE**

The Undersigned certifies that a copy of the NOTICE OF FILING MOTION FOR TRANSFER AND CONSOLIDATION OF REMBRANDT TECHNOLOGIES, LP PATENT LITIGATION PURSUANT TO 28 U.S.C. § 1407 was filed electronically in compliance with local rule CV-5(a) and contemporaneously served by first class mail on all counsel of record in the above-captioned cases.

_____
Mitchell G. Stockton
KILPATRICK STOCKTON
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309
(404) 815-6500
(404) 815-6555 (facsimile)
mstockton@kilpatrickstockton.com

**ATTORNEY FOR COXCOM, INC**.