**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP | § | |
| | § | |
| Plaintiff | § | Civil Action No. 2:05-cv-443 |
| | § | |
| v. | § | Judge T. John Ward |
| | § | Jury |
| COMCAST CORPORATION, et al. | § | |
| | § | |
| Defendants | § | |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP | § | |
| | § | |
| Plaintiff | § | |
| | § | Civil Action No. 2:06-cv-223 |
| v. | § | |
| | § | Judge T. John Ward |
| CHARTER COMMUNICATIONS, INC., et al. | § | Jury |
| | § | |
| Defendants | § | |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP | § | |
| | § | |
| Plaintiff | § | |
| | § | Civil Action No. 2:05-cv-224 |
| v. | § | |
| | § | Judge T. John Ward |
| TIME WARNER CABLE, LLC, et al. | § | Jury |
| | § | |
| Defendants | § | |

**COMCAST'S RESPONSE TO MOTION TO CONSOLIDATE CASES** – Page 1

## COMCAST'S RESPONSE TO THE MOTION TO CONSOLIDATE CASES

Comcast Corporation, Comcast Cable Communications, LLC, and Comcast of Plano, LP (collectively, "Comcast"), notes that Defendants Time Warner Cable, LLC, Time Warner Entertainment Company, LP, Time Warner Entertainment-Advance/Newhouse Partnership, Time Warner New York Cable, LLC, Coxcom, Inc., Charter Communications, Inc., Charter Communications Operating, LLC, CSC Holdings, Inc., and Cablevision Systems Corporation have moved to consolidate for pre-trial purposes only Civil Action No. 2:06-cv-223 (the "223 Case") and Civil Action No. 2:06-cv-224 (the "224 Case") with Civil Action No. 2:05-cv-443 (the "443 Case").  Comcast does not object to the consolidation of the 223 Case and the 224 Case with the 443 Case for pre-trial purposes.

      Respectfully submitted,

         /s/ Jennifer Haltom Doan
Jennifer Haltom Doan
Texas Bar No. 08809050
John Peyton Perkins, III
Texas Bar No. 24043457
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone:  903-255-1000
Facsimile:  903-255-0800

Brian Ferrall
Leo Lam
Asim M. Bhansali
Matthias A. Kamber
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone:  415-676-2235
Facsimile:  415-397-7188

**ATTORNEYS FOR DEFENDANTS COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, and COMCAST OF PLANO, LP**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this 11th day of April, 2007.

                                                      /s/  Jennifer Haltom Doan
                                                 Jennifer Haltom Doan