IN THE DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP | § § | |
| v. | § § | CIVIL NO. 2:06-CV-223 (TJW) |
| CHARTER COMMUNICATIONS, INC. ET AL., | § § | |
| REMBRANDT TECHNOLOGIES, LP | § § | |
| v. | § § | CIVIL NO. 2:06-CV-224 (TJW) |
| TIME WARNER CABLE, INC., ET AL | § § | |
| REMBRANDT TECHNOLOGIES, LP | § § | |
| v. | § § | CIVIL NO. 2:06-CV-369 (TJW) |
| TIME WARNER CABLE, INC. | § § | |
| REMBRANDT TECHNOLOGIES, LP | § § | |
| v. | § § | CIVIL NO. 2:06-CV-506 (TJW) |
| COMCAST CORPORATION, ET AL | § § | |
| REMBRANDT TECHNOLOGIES, LP | § § | |
| v. | § § | CIVIL NO. 2:06-CV-507 (TJW) |
| CHARTER COMMUNICATIONS, INC., ET AL. | § § | |

**<u>NOTICE OF MULTI-DISTRICT LITIGATION DEVELOPMENTS PURSUANT TO LOCAL RULE CV-42</u>**

All Defendants in the above-referenced actions respectfully provide this notice of developments in related cases, specifically of action by the Judicial Panel on MultiDistrict Litigation.

Please see the attached Transfer Order issued by the Judicial Panel on MultiDistrict

Litigation (Exhibit A). Please be advised that the Judicial Panel on MultiDistrict Litigation has transferred the above referenced actions to the District of Delaware, and with the consent of that Court, assigned such actions to the Honorable Gregory M. Sleet for coordinated or consolidated pretrial proceedings (Exhibit A).

Please also see the attached file-stamped copy indicating that the Transfer Order has been filed in the United States District Court for the District of Delaware (Exhibit A).

Dated: June 21, 2007                                        Respectfully submitted,

                                                            */s/ Allen F. Gardner*
                                                            Michael E. Jones
                                                            Texas State Bar No. 10929400
                                                            mikejones@potterminton.com
                                                            Diane V. DeVasto
                                                            Texas State Bar No. 05784100
                                                            dianedevasto@potterminton.com
                                                            Allen F. Gardner
                                                            Texas State Bar No. 24043679
                                                            allengardner@potterminton.com
                                                            POTTER MINTON, P.C.
                                                            110 North College
                                                            500 Plaza Tower
                                                            Tyler, Texas 75702
                                                            Telephone: (903) 597-8311
                                                            Facsimile:   (903) 593-0846

                                                            **ATTORNEYS FOR CHARTER COMMUNICATIONS, INC., LLP, CHARTER COMMUNICATIONS OPERATING, LLC, COXCOM, INC., AND TIME WARNER CABLE INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 21, 2007.  Any other counsel of record will be served by first class on this same date.

                                                   */s/ Allen F. Gardner*